ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
KOELLER NEBEKER CARLSON & HALUCK, LLP
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599

GREGORY J. KERWIN, ESQ.
Nevada Bar No. 12417
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202
Phone: (303) 298-5739
Fax: (303) 313-2829

Attorneys for Defendant
COLORADO CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COLONY INSURANCE COMPANY, | CASE NO.: 2:12-cv-01727-RFB-NJK |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS IN THIS ACTION** |
| vs. | |
| COLORADO CASUALTY INSURANCE COMPANY | |
| Defendant. | |

  Plaintiff Colony Insurance Company and Defendant Colorado Casualty Insurance Company, by and through their counsel, hereby stipulate that this action, together with all claims that have been or could have been brought in this action, is hereby dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees. As part of the parties' settlement, Colorado Casualty has agreed not to appeal the Court's July 5, 2018 Order and the judgment entered based on that Order.

448606

DATED: August 20, 2018.

KOELLER, NEBEKER, CARLSON & HALUCK, LLP

By: */s/Andrew C. Green*
ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
400 S. 4th Street, Suite 600
Las Vegas, NV 89101

GIBSON, DUNN & CRUTCHER, LLP
GREGORY J. KERWIN, ESQ.
Nevada Bar No. 12417
1801 California St., Suite 4200
Denver, CO 80202

Attorneys for Defendant,
COLORADO CASUALTY INSURANCE COMPANY

STEPHENSON & DICKINSON, P.C.

By: */s/ Marsha L. Stephenson*
MARSHA L. STEPHENSON, ESQ.
Nevada Bar No. 6130
2820 W. Charleston Blvd., Suite 19
Las Vegas, NV 89102

GRAMOVOT & TAKACS, P.L.
LARRY I. GRAMOVOT, ESQ.
Admitted Pro Hac Vice
1400 Village Square Blvd., #3-405
Tallahassee, FL 32312

Attorneys for Plaintiff,
COLONY INSURANCE COMPANY

///
///
///
///

448606

///

**ORDER**

IT IS SO ORDERED.

DATED: August 27, 2018.

_____
Richard F. Boulware, II
United States District Judge

448606